UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALLENE MARY BEAR,<br><br>Defendant. | CASE NO. CR06-188-RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE<br>AS TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 14, 2008. The United States was represented by Mary Dimke. The defendant was represented by Jennifer Wellman.

## CONVICTION AND SENTENCE

Defendant had been convicted of Possession with Intent to Distribute Methamphetamine on or about October 14, 2004. The Honorable Ricardo S. Martinez of this court sentenced Defendant to 24 months of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

DEFENDANT'S ADMISSION

U.S. Probation Officer Joe Mendez alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Using methamphetamine on or before September 18, 2007, in violation of standard condition number 7;

(2) Using cocaine on or before December 3, 2007, in violation of standard condition number 7.

I advised the defendant of the charges and of her constitutional rights. The defendant admitted to violation number 1 and denied violation number 2. An evidentiary hearing will be set regarding violation number 2.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged in violation number 1. The matter has been set for a disposition hearing.

Defendant has been released pending a final determination by the Court.

DATED this 27th day of February, 2008.


MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge            :   Hon. Ricardo S. Martinez
     Assistant U.S. Attorney     :   Mary Dimke
     Defense Attorney            :   Jennifer Wellman
     U. S. Probation Officer     :   Joe Mendez

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-